UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS H. CALLAWAY,

          Plaintiff,

-vs-                                        Case No. 6:05-cv-1569-Orl-28DAB

LOUIS A. BELL, JR.,

          Defendant.
_____

## ORDER

    Defendant filed a Motion to Enforce Settlement Agreement (Doc. 68) on August 13, 2007. After a status conference on September 5, 2007 and opportunity to respond to the motion, on September 18, 2007, the Magistrate Judge issued a Report and Recommendation (Doc. 76) recommending that the motion be granted, the settlement proceeds be disbursed as agreed to between the parties and an order be issued dismissing this action and all of Plaintiff's claims with prejudice (Doc. 76). On September 28, 2007, Defendant filed a "Notice of Settlement" (Doc. 77) stating "that the parties have reached a settlement of all claims in this matter." The Notice does not indicate if the Plaintiff executed a General Release and Plaintiff has not filed a Notice of Dismissal with Prejudice, both of which are required by the settlement agreement.

    The Court has reviewed the Report and Recommendation and after an independent *de novo* review of the record in this matter, and noting that no objections were timely filed and the matter appears to be resolved, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 18, 2007 (Doc. No. 76) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Enforce Settlement Agreement is **GRANTED.**

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10__ day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party